**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Joshua Raymond Armendariz,<br><br>           Plaintiff,<br><br>v.<br><br>Chris Rovney, Blue Earth County Attorney,<br>in both his individual and official capacities,<br><br>           Defendant. | Civil No. 20-cv-0464 (PJS/HB)<br><br><br>**ORDER ON REPORT**<br>**AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff Joshua Raymond Armendariz's claim that defendant Chris Rovney, in his individual capacity, unlawfully deprived Armendariz of property without due process is not dismissed.

3. The remainder of this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A.

Dated: May 18, 2020

                                                  PATRICK J. SCHILTZ
                                                  United States District Judge