UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSHUA RAYMOND ARMENDARIZ, | Case No. 20-CV-0464 (PJS/HB) |
| Plaintiff, | |
| v. | ORDER |
| CHRIS ROVNEY, Blue Earth County Attorney, in his official and individual capacities, | |
| Defendant. | |

---

This matter is before the Court on plaintiff Joshua Armendariz's objection to the October 21, 2020 Order and Report and Recommendation of Magistrate Judge Hildy Bowbeer. Judge Bowbeer recommends denying Armendariz's motion for a protective order and denies his motion in limine as premature. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Armendariz's objection and affirms and adopts the Order and Report and Recommendation. To the extent Armendariz's objection can be construed as a request for appointment of counsel, the Court notes that Judge Bowbeer has separately addressed Armendariz's desire for appointed counsel and has referred him to the Federal Bar Association's Pro Se Project. *See* ECF Nos. 62, 63. Finally, the Court leaves

Armendariz's request for additional signed subpoenas to be addressed by Judge Bowbeer.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff's objection [ECF No. 60] is OVERRULED.

2. The Order and Report and Recommendation [ECF Nos. 55, 56] is AFFIRMED and ADOPTED.

3. Plaintiff's motion for a protective order [ECF No. 37] is DENIED.

Dated: December 1, 2020       s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge